# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMER KHAN AND ANIKA KHAN, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> AMAZON LOGISTICS, INC, *et al.*, : <br> : <br> Defendants. : | Civil Action <br><br> No. 2:25-cv-4721-JMY |

## ORDER

**AND NOW**, this 23ⁿᵈ day of January, 2026, upon consideration of Defendant Amazon Logistics, Inc.'s Notice of Removal, ECF No. 1, Plaintiffs' Motion to Remand, ECF No. 9, Plaintiffs' Memorandum in support of their Motion to Remand, ECF No. 9-1, and Amazon Logistics, Inc.'s Response in Opposition, ECF No. 12-1, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows.

1. Plaintiffs' Motion to Remand is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for further proceedings.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Young*
**Judge John Milton Younge**